UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | ) | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | 4:12 MC 616 CDP |
| JOHN J. ALLAN | ) | |

## ORDER

This matter is before the court upon the Motion for Reinstatement [Doc. #6] filed on February 25, 2014 by John J. Allan, who was previously suspended from the practice of law in this Court by an order [Doc. #4] entered December 21, 2012, as reciprocal discipline following identical action taken against Mr. Allan by the Supreme Court of Missouri. The record in this matter reflects that the Supreme Court of Missouri entered an order on October 1, 2013 reinstating John J. Allan as a member of the Missouri Bar in good standing and authorizing him to resume the practice of law in the State of Missouri.

The Court finds that John J. Allan has been reinstated by the Supreme Court of Missouri to practice law in the State of Missouri and has been restored to good standing as member of the Missouri Bar. The Court further finds that John J. Allan has satisfied the requirements of the Local Rules and the Rules of Disciplinary Enforcement in regard to reinstatement, and that his resumption of the practice of law before this Court will not be detrimental to the integrity and standing of the bar or to the administration of justice, or subversive to the public interest.

**IT IS HEREBY ORDERED** that the motion of John J. Allan for reinstatement to the practice of law in this Court is **granted,** and John J. Allan is hereby readmitted to practice before the United States District Court of the Eastern District of Missouri and that his name, which was formerly suspended from the roll, be and is hereby reinstated as a member of the Bar of this Court with all rights and privileges attending thereto.

**Dated this 4th day of March, 2014.**

_____
Chief Judge Catherine D. Perry